# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 13, 2015

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Arron Adams
        v. United States
        No. 15-6502
        (Your No. 14-14384)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 8, 2015 and placed on the docket October 13, 2015 as No. 15-6502.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst